Dolores Lucero
P.O. Box 494373
Redding, CA 96099
Email: luceroshastalake@aol.com
Pro Se Plaintiff

# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dolores Lucero, | Case No.: 2:24-CV-02854-DC-SCR |
| Plaintiff, | |
| v. | ORDER FOR PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE |
| Oak Run Elementary School District, et al., | |
| Defendants. | |

## ORDER FOR PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE

Having reviewed Plaintiff's Motion for Alternative Service, the Court finds good cause to grant the motion.

IT IS HEREBY ORDERED that Plaintiff may serve Defendants Candace Maurer and Luke Pearson using one or more of the following methods:

1. By email to Defendants at their known email addresses;
2. By certified U.S. mail with return receipt requested to Defendants' last known addresses;
3. By posting the Summons and Complaint at Defendant Pearson's property gate.

IT IS SO ORDERED.

Dated: December 4, 2024

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE