# UNITED STATES DISTRICT COURT

Eastern **District of** California

| | |
|---|---|
| Dolores Lucero<br>Plaintiff (s),<br>V.<br>Oak Run Elementary School District, Misti Livingston, Shawn Hill, et al.<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 2:24-cv-02854-DC-SCR (PS) |

Notice is hereby given that, subject to approval by the court, __Misti Livingston__ substitutes (Party (s) Name)

__Patrick L. Deedon__, State Bar No. __245490__ as counsel of record in place
(Name of New Attorney)

place of __Kristen M. Caprino, Esq.__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

- Firm Name: Patrick L. Deedon, Esq.
- Address: Marie & Deedon, 2851 Park Marina Dr #300, Redding, CA 96001
- Telephone: 530-246-6050       Facsimile: 530-246-6060
- E-Mail (Optional): pdeedon@marie-law.com

I consent to the above substitution.                          Misti Livingston

Date: January 16, 2025                                        /s/ *Misti Livingston*
                                                              (Signature of Party (s))

I consent to being substituted.                               Kristen M. Caprino, Esq.

Date: January 13, 2025                                        /s/ *Kristen M. Caprino*
                                                              (Signature of Former Attorney (s))

I consent to the above substitution.                          Patrick L. Deedon, Esq.

Date: January 16, 2025                                        /s/ *Patrick L. Deedon*
                                                              (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: February 11, 2025

United States Magistrate Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**