UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORES LUCERO, | No. 2:24-cv-2854-DC-SCR (PS) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| OAK RUN ELEMENTRY SCHOOL DISTRICT, et al., | (ECF Nos. 74, 78) |
| Defendants. | |

Plaintiff is proceeding pro se in this matter, which was referred to the magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On June 30, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 78. Plaintiff has filed objections to the findings and recommendations. ECF No. 79. Plaintiff's objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 30, 2025 (ECF No. 78) are adopted in full;

2. Plaintiff's motion for a preliminary injunction and request to file a supplemental complaint (ECF No. 74) are DENIED without prejudice; and

3. This matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **September 17, 2025**

Dena Coggins
United States District Judge

2