UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORES LUCERO,<br><br>    Plaintiff,<br><br>    v.<br><br>OAK RUN ELEMENTRY SCHOOL DISTRICT, et al.,<br><br>    Defendants. | No. 2:24-cv-2854-DC-SCR (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 21, 28, 62, 71) |

      Plaintiff is proceeding pro se in this matter, which was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

      On May 5, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 71. Plaintiff has filed objections to the findings and recommendations. ECF No. 72. Plaintiff's objections do not provide a basis upon which to reject the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper

1

analysis.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 5, 2025 (ECF No. 71) are adopted;

2. The School Board Defendants' Motions to Dismiss (ECF No. 21) is GRANTED without leave to amend;

3. Defendant Livingston's Motion to Dismiss (ECF No. 28) is GRANTED, with leave to amend only as to the retaliation and class-of-one claims;

4. Plaintiff's Motion for a Gag Order (ECF No. 62) is DENIED without prejudice;

5. Plaintiff may file a first amended complaint within thirty (30) days from the date of entry of this order;

6. If Plaintiff decides not to file a first amended complaint, this action will be dismissed due to Plaintiff's failure to state a cognizable claim; and

7. This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **September 17, 2025**

Dena Coggins
United States District Judge

---

[1] In addressing whether leave to amend should be granted and to what extent, the findings and recommendations include a few paragraphs listing the additional factual allegations that Plaintiff proffered in her opposition to the motion to dismiss. (Doc. No. 71.) While the undersigned finds this summary to be relevant to the court's consideration of whether granting leave to amend would be futile, the court takes no position at this time as to whether these additional factual allegations would be sufficient to state a cognizable claim for relief if included in an amended complaint.

2