UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES LUCERO,<br><br>            Plaintiff,<br><br>    v.<br><br>OAK RUN ELEMENTARY SCHOOL DISTRICT, et al.,<br><br>            Defendants. | No.  2:24-cv-02854-DC-SCR<br><br>ORDER TO SHOW CAUSE |

Plaintiff is proceeding in this matter pro se, which is referred to the undersigned pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636.  On September 18, 2025, District Judge Coggins entered an Order (ECF No. 90) adopting the Findings and Recommendations (ECF No. 71), and granting Defendant's motion to dismiss.  The Order dismissed the School Board Defendants without leave to amend claims against those defendants.  The Order also granted Defendant Livingston's motion to dismiss, with leave to amend "only as to the retaliation and class-of-one claims" against Defendant Livingston.  ECF No. 90 at 2.  The Order granted Plaintiff 30 days to file an amended complaint.  Because the Court served the Order by mail, an amended complaint was due by October 23, 2025.[1]  Plaintiff has not filed an amended complaint.

////

---

[1] Thirty days after September 18 was Saturday, October 18, making Monday, October 20 the starting point for the deadline.  *See* Fed. R. Civ. P. 6(a)(1)(C).  However, because the Clerk of the Court served the Order by mail, three days were added, making the amended complaint due on October 23.  *See* Fed. R. Civ. P. 6(d).

1

1    Instead, Plaintiff made two filings apparently objecting to, or seeking reconsideration, of
2 the Order.[2] ECF No. 91 & 93. Motions for reconsideration are "disfavored." *See Hill v.*
3 *Newsom*, 2025 WL 1531435, *1 (E.D. Cal. May 29, 2025). "Generally, reconsideration is
4 appropriate only when controlling law has changed, new evidence has become available, or when
5 necessary to correct a clear error or prevent manifest injustice." *Id*., citing *Sch. Dist. No. 1J,*
6 *Multnomah Cnty., Oregon v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993). Plaintiff's
7 successive and voluminous requests for reconsideration each exceed 100 pages. ECF No. 91 &
8 93. Motions to reconsider are "not vehicles permitting the unsuccessful party to 'rehash'
9 arguments previously presented." *Hill* at *1 (internal citation omitted).

10    The filing of these objections/motions to reconsider, which have not been granted, does
11 not affect Plaintiff's obligation to comply with the orders and deadlines set by the Court. As the
12 Order stated: "If Plaintiff decides not to file a first amended complaint, this action will be
13 dismissed due to Plaintiff's failure to state a cognizable claim." ECF No. 90 at 2. After the
14 resolution of this Order to Show Cause, the Court will address Plaintiff's objections/motions to
15 reconsider.

16    Accordingly, **IT IS HEREBY ORDERED** that:

17    1. Plaintiff **shall show cause, in writing, within 14 days of the date of this Order**, why the
18       Court should not recommend that the action be dismissed for failure to file an amended
19       complaint in compliance with the Order of September 18, 2025 (ECF No. 90).
20    2. Plaintiff may respond by filing a First Amended Complaint that complies with the Court's
21       prior order (ECF No. 90).

22    ////

---

[2] However, it is not entirely clear what order or orders Plaintiff is objecting to. Each motion states that it will seek "[a]n order rejecting the Magistrate Judge's Findings and Recommendations (ECF No. 89) issued on September 17, 2025." ECF No. 91 at 2; ECF No. 93 at 2. The Order issued on September 17, 2025, at ECF No. 89, is not a finding and recommendation by the Magistrate Judge, but is an Order from Judge Coggins denying Plaintiff's motion for a preliminary injunction. Plaintiff also states that she challenges ECF No. 82 which she characterizes as an "Order Adopting Findings and Recommendations." ECF No. 93 at 2. However, ECF No. 82 is a minute order issued by the undersigned. But the substance of Plaintiff's objections appear to relate to the September 18, 2025 Order dismissing the complaint with leave to amend.

3. If Plaintiff fails to respond, the court will recommend dismissal of this case. *See* Fed. R. Civ. P. 41(b); Local Rule 110.

SO ORDERED.

DATED: October 27, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE